# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WADDILL and ALAN WADDILL<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>　　　　　Defendants. | Case No.: 5:22-cv-00962-JGB (SPx)<br><br>District Judge: Jesus G. Bernal<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　　Plaintiffs DEBORAH WADDILL and ALAN WADDILL ("Plaintiffs") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on September 1, 2023.

　　　Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $91,652.40 pursuant to the terms of the Rule 68 Offer.

　　　**IT IS SO ORDERED.**

Date:  November 16, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Jesus G. Bernal,
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

1
**JUDGMENT**